for each year of participation (or part thereof) less than ten (10). To the extent provided in regulations or in other guidance issued by the Internal Revenue Service, the preceding sentence shall be applied separately with respect to each change in the benefit structure of the Plan. If the Member has less than ten (10) years of service with the Company, the compensation limitation is reduced by one-tenth (1/10th) for each year of service (or part thereof) less than ten (10). Years of service shall include future years occurring before the Member's Normal Retirement Age. Such future years shall include the year which contains the date the Member reaches Normal Retirement Age, only if it can be reasonably anticipated that the Member will receive a year of service for such year.

(ii)     If the retirement income of the Member commences before the Member's Social Security Retirement Age, but on or after age 62, the defined benefit dollar limitation, as reduced above, if necessary, shall be determined as follows:

(A)     If a Member's Social Security Retirement Age is 65, the dollar limitation for benefits commencing on or after age 62 is determined by reducing the defined benefit dollar limitation by five-ninths (5/9ths) of one percent (1%) for each month by which benefits commence before the month in which the Member attains age 65.

(B)     If a Member's Social Security Retirement Age is greater than 65, the dollar limitation for benefits commencing on or after age 62 is determined by reducing the defined benefit dollar limitation by five-ninths (5/9ths) of one percent (1%) for each of the first thirty-six (36)

months and five-twelfths (5/12ths) of one percent (1%) for each of the additional months (up to twenty-four (24) months) by which benefits commence before the month of the Member's Social Security Retirement Age.

(iii)    If the retirement income of a Member commences prior to age 62, the defined benefit dollar limitation shall be the Actuarial Equivalent of an annual benefit beginning at age 62, as determined above, reduced on an "actuarially equivalent" basis for commencement prior to age 62. Effective January 1, 2000, the "actuarial equivalent" shall be determined using the lesser of the interest rate and mortality table specified in Section 1.01 or a 5% interest rate and the mortality table prescribed by the Secretary of the Treasury pursuant to Section 415(b)(2)(E)(v) of the Code.

(iv)    If the retirement income of a Member commences after the Member's Social Security Retirement Age, the defined benefit dollar limitation as reduced in (i) above, if necessary, shall be adjusted so that it is the Actuarial Equivalent of an annual retirement income of such dollar limitation beginning at the Member's Social Security Retirement Age. Effective January 1, 2000, to determine Actuarial Equivalence, the interest rate assumption used is the lesser of the rate specified in Section 1.01 of the Plan or 5% and the mortality table used is the mortality table prescribed by the Secretary of the Treasury pursuant to Section 415(b)(2)(E)(v) of the Code.

(v)    The Member shall be credited with a year of participation (computed to fractional parts of a year) for each accrual computation period for which the following conditions are met:

(A)    the Member is credited with at least one-twelfth (1/12) of a Year of Credited Service, and

(B)    the Member is included as a Member under the eligibility provisions of the Plan for at least one day of the accrual computation period.

If these two conditions are met, the portion of a year of participation credited to the Member shall equal the amount of Years of Credited Service credited to the Member for such accrual computation period. A Member who is permanently and totally disabled within the meaning of Section 415(c)(3)(C)(i) of the Code for an accrual computation period shall receive a year of participation with respect to that period. In no event will more than one year of participation be credited for any twelve-month period.

(vi)    For purposes of the foregoing limitation, any benefit payable in a form other than a straight life annuity or Spouse Joint and Survivor Annuity shall be adjusted to a straight life annuity. Effective January 1, 2000, the interest rate assumption used for this adjustment shall not be less than the greater of the interest rate equal to the annual rate of interest on 30-year Treasury securities published by the Board of Directors for the Federal Reserve System for the second full month preceding the start of the Plan Year or the rate specified in Section 1.01 of the Plan, and the mortality table used for this adjustment shall be

the mortality table prescribed by the Secretary of the Treasury pursuant to Section 415(b)(2)(E)(v) of the Code.

(vii) Effective January 1, 1996, the normal retirement income of a terminated Member, which is otherwise limited by the dollar limitation in subsection (b) above, shall be increased periodically to reflect any actual post-termination cost-of-living adjustments of the dollar limitation, but not in excess of the accrued benefit earned under the Plan prior to termination of employment.

4.07.    Exception. No limit on benefits set forth in Sections 4.06 shall reduce the benefit of any Member from the amount he would have received under the Plan as in effect on December 31, 1986, and based on his compensation in effect on December 31, 1986, if his accrued benefit at that time did not exceed the limits on benefits under the Plan in effect on December 31, 1986. For purposes of determining the amount of the Member's accrued benefit on December 31, 1986, no change in the terms and conditions of the Plan after May 5, 1986, and no cost-of-living adjustments occurring after May 5, 1986 shall be taken into account.

4.08.    Benefit Increases for Certain Members. Notwithstanding any other provision of the Plan, effective January 1, 1983, the benefits payable under Articles IV, V, VI and VII to Members who retired or died before January 1, 1982, or to the Beneficiaries of such Members, shall be increased by 4% for each full year and four-twelfths (4/12ths) for each additional month in the period between the date of the Member's retirement or death and December 31, 1982, except that no such increase shall be payable to, or to the Beneficiaries of, any such Member who served as a director of the Company or received proceeds from the sale of stock of the Company to New England Mutual Life Insurance Company in 1968. A list of all such eligible Members and the percentage increase applicable to each such Member is appended to this Plan

22

as Exhibit A. The amount of the increase in the benefit payable to the Beneficiary of any such retired Member shall be calculated by multiplying the percentage increase shown for such Member on Exhibit A times the amount of the benefit which the Beneficiary would have received if this Section 4.08 were not in effect.

For the purpose of computing the limitations set forth in Section 4.06 and 4.07 with respect to any Member or Beneficiary whose benefit is adjusted hereunder, the Member's average compensation shall be adjusted in accordance with regulations issued under Section 415(d)(1)(B) of the Code.

4.09.   Benefit Increases for Certain Members.  Notwithstanding any other provision of the Plan, effective January 1, 1990, the benefits payable under Articles IV, V, VI and VII to Members who retired or died before January 1, 1989, or to the beneficiaries of such Members, shall be increased at the annual rate of 4%, with partial years prorated by a fraction with the numerator being the number of whole months elapsed and the denominator being twelve (12), from January 1, 1983 or, if later, the Member's date of retirement or death, and December 31, 1989, and, with respect to Members who retired prior to 1970, an additional increase at the annual rate of 2% of their original pension benefits, with partial years prorated as above, from the date of retirement through 1982, except that neither of such increases shall be payable to, or to the beneficiaries of, any such Member who (1) served as director of the Company, or (2) received proceeds from the sale of stock of the Company to New England Mutual Life Insurance Company in 1968, or (3) whose monthly benefit under the Plan, without giving effect to the aforesaid increase(s), is in excess of $1,400. A list of all such eligible Members and beneficiaries and the percentage increase applicable to each such Member and beneficiary is appended to this Plan as Exhibit B.

For the purpose of computing the limitations as set forth in Section 4.06 and 4.07 with respect to any Member or Beneficiary whose benefit is adjusted hereunder, the Member's "average compensation" shall be adjusted in accordance with regulations issued under Section 415(d)(1)(B) of the Code.

4.10.   Benefit Increases for Certain Members.  Notwithstanding any other provision of the Plan, effective January 1, 1996, the benefits payable under Articles IV, V, VI, and VII to Members who retired or died before January 1, 1994, or to the beneficiaries of such Members, shall be increased at the annual rate of 4%, with partial years prorated by a fraction with the numerator being the number of whole months elapsed and the denominator being 12, from January 1, 1990 or, if later, the Member's date of retirement or death, and December 31, 1994, provided that if the total monthly benefit after the increase described above is less than $300, the minimum monthly benefit will be increased an additional $20 times years of service to a maximum monthly benefit of $300, except that no such increases shall be payable to, or to the beneficiaries of, any such Member whose monthly combined benefit under the Plan and the Company's Supplemental Pension Plan, without giving effect to the aforesaid increase(s), is in excess of $1,680. A list of all such eligible Members and beneficiaries and the monthly increase(s) and new monthly benefit applicable to each such Member and beneficiary is appended to this Plan as Exhibit C.

For the purpose of computing the limitations as set forth in Sections 4.06 and 4.07 with respect to any Member or Beneficiary whose benefit is adjusted hereunder, the Member's "average compensation" shall be adjusted in accordance with regulations issued under Section 415(d)(1)(B) of the Code.

24

4.11.   <u>Benefit Increases for Certain Members</u>.  Notwithstanding any other provision of the Plan, effective April 1, 2000, the benefits under Articles IV, V, VI and VII to Members who retired under the Plan prior to January 1, 1999 or to the beneficiaries of such Members shall receive an adjustment commencing as of April 1, 2000 of 3% for each year of retirement from January 1, 1995 through December 31, 1999 (<u>i.e.</u> maximum of five (5) years) for those with a monthly pension of $2,000 or more and 4% per year for those with a monthly pension under $2,000 with partial years prorated by a fraction with the numerator being the number of whole months elapsed and the denominator being 12.

No such increase shall be payable to any such Member who served as a director of the Company or received proceeds from the sale of stock of the Company to New England Mutual Life Insurance Company in 1968, or to the Beneficiaries of such Member.  A list of all such eligible Members and the percentage increase applicable to each such Member is appended to this Plan as Exhibit D.  The amount of the increase in the benefit payable to the Beneficiary of any such retired Member shall be calculated by multiplying the percentage increase shown for such Member on Exhibit D times the amount of the benefit which the Beneficiary would have received if this Section 4.11 were not in effect.

For the purpose of computing the limitations set forth in Section 4.06 with respect to any Member or Beneficiary whose benefit is adjusted hereunder, the Member's average compensation shall be adjusted in accordance with regulations issued under Section 415(d)(1)(B) of the Code.

4.12.   <u>Minimum Monthly Pension</u>.  Effective April 1, 2000, in no event shall a retiree, who is eligible to retire with an immediate benefit receive a monthly pension from his Basic Retirement Income less than the amount set forth in the following schedule:

| **Minimum Years of Service With the Company** | **Monthly Pension** |
|---|---|
| 5-10 years | $250 |
| 10-15 years | $300 |
| 15-20 years | $400 |
| 20+ years | $500 |

## ARTICLE V - JOINT AND SURVIVOR ANNUITY REQUIREMENTS

5.01.  Spouse Joint and Survivor Annuity.  Subject to the provisions of Sections 5.02 and 6.06 below, unless a married Member (who has been credited with at least one (1) Hour of Service on or after September 2, 1974) shall have elected otherwise in writing, the form of retirement income which shall be payable with respect to such Member who does not die before his Annuity Starting Date and who retires under the Plan shall be a Spouse Joint and Survivor Annuity computed in accordance with paragraph (a) below; provided, however, that the application of the Spouse Joint and Survivor Annuity in any case shall be subject to the terms and conditions specified in paragraph (b) below.

(a)    The Spouse Joint and Survivor Annuity shall be an annuity payable to the Member for his lifetime with provisions for continuation of an annuity to the Member's surviving spouse for the life of such spouse after the death of the Member in an amount equal to 100% of the amount of the retirement income payable to the Member during his life. The amount so payable under the Spouse Joint and Survivor Annuity shall be the Actuarial Equivalent value of the amount of Basic Retirement Income otherwise payable to the Member in the Normal Form described in Section 6.01 plus the Actuarial Equivalent value of the amount of Supplemental Retirement Income otherwise payable to the Member in a lump sum pursuant to Option 6 of Section 6.02; provided, however, that the adjustment to the Spouse Joint and Survivor Annuity must satisfy the maximum permitted disparity requirements of Section 401(l) of the Code and the regulations promulgated thereunder.

(b)    In order for a Spouse Joint and Survivor Annuity to be payable with respect to a Member, the following conditions shall apply:

27

(i)     The Member shall have been married on his Annuity Starting Date.

(ii)     The Member shall not have elected in writing to have his benefits paid in some form other than a Spouse Joint and Survivor Annuity.

For this purpose, the Committee shall provide each married Member with such general information regarding the Spouse Joint and Survivor Annuity and his right to elect not to be covered by it and, upon request within 60 days of receipt of such general information, with such additional specific financial information as is required by Sections 401(a)(11) and 417(a)(2)(A) of the Code and the regulations promulgated thereunder. Such information shall be provided at such time and in such manner as is consistent with the requirements of said regulations. The election not to receive a Spouse Joint and Survivor Annuity shall be made within the 90 day period ending on the Annuity Starting Date (or, if the information is provided after the Annuity Starting Date, within 30 days after the date on which such information is provided).

5.02.     Qualified Election. The written election by a Member to receive his Basic Retirement Income or Supplemental Retirement Income in a form other than a Spouse Joint and Survivor Annuity described in Section 5.01 above shall not be effective unless it satisfies either of the following conditions:

(a)     (i) The Member's spouse has consented in writing to the Member's election to waive the Spouse Joint and Survivor Annuity; (ii) such election designates a form of benefits; (iii) the spouse's consent expressly permits the Member to elect another optional form of benefit without any requirement of further consent by the spouse; (iv) the spouse's consent acknowledges the effect of such waiver, and is witnessed by a notary public or a Plan representative; or

28

(b)    It is established to the satisfaction of the Committee that the consent of the spouse could not have been obtained because there is no spouse, because the spouse cannot be located, or because of other circumstances prescribed by regulations under Section 417(a)(2) of the Code.

A former spouse shall be treated as a spouse to the extent retirement income must be paid to such former spouse pursuant to a qualified domestic relations order within the meaning of Section 414(p) of the Code, except that no consent shall be required from such former spouse with respect to the form of payment of retirement income not subject to said order.

A revocation of a prior qualified election may be made by a Member without the consent of his spouse at any time during the period in which such election could have been made. After such a revocation, the Member shall be free to make a new election in accordance with the requirements hereof. The number of revocations shall not be limited. A spouse's consent under this Section 5.02 shall be irrevocable unless the Member consents to a revocation thereof.

5.03.    Surviving Spouse Benefit for Basic Retirement Income. Upon the death of a Member who has been credited with at least one (1) Hour of Service on or after August 23, 1984, his surviving spouse, if any, shall be entitled to receive a Surviving Spouse Benefit with respect to his Basic Retirement Income in the amount set forth in Section 5.06(a) below if the following conditions are met on the date of death:

(a)    The Member has a spouse to whom he has been married at least one (1) full year prior to his death.

(b)    The Member is vested in his Basic Retirement Income benefit under Section 8.03(a) or became 100% vested upon attainment of his Normal Retirement Age.

29

(c)    The Member's Annuity Starting Date with respect to his Basic Retirement Income benefit has not yet occurred.

A former spouse shall be treated as a spouse to the extent required by any qualified domestic relations order within the meaning of Section 414(p) of the Code.

A Surviving Spouse Benefit shall also be provided to the surviving spouse of a terminated Member who has not been credited with any Hours of Service on or after August 23, 1984, if (i) his termination of employment occurs on or after January 1, 1976 and (ii) his death occurs on or after August 23, 1984, provided, however, that conditions (a), (b) and (c) above are met on the date of death.

5.04.    Surviving Spouse Benefit for Supplemental Retirement Income.  Upon the death of a Member who is credited with at least one (1) Hour of Service on or after January 1, 2002, his surviving spouse, if any, shall be entitled to receive a Surviving Spouse Benefit with respect to his Supplemental Retirement Income in the amount set forth in Section 5.06(b) below if the following conditions are met on the date of death:

(a)    The Member is vested in his Supplemental Retirement Income under Section 7.01 or Section 8.03(b) or became 100% vested upon attainment of his Normal Retirement Age.

(b)    The Member's Annuity Starting Date with respect to his Supplemental Retirement Income benefit has not yet occurred.

A former spouse shall be treated as a spouse to the extent required by any qualified domestic relations order within the meaning of Section 414(p) of the Code.

5.05.    Special Limitation in Case of Death Prior to August 23, 1984.  Upon the death of a Member on or after January 1, 1984 but prior to August 23, 1984, the surviving spouse shall be

entitled to receive a Surviving Spouse Benefit in the amount set forth in Section 5.05 below if, in addition to the conditions set forth in Section 5.03 above, one of the following conditions is also met on the date of death:

> (a)    The Member is an active Member who is eligible to retire and receive normal or early retirement income in accordance with Article IV at the time of his death; or

> (b)    The Member is a terminated Member who is eligible to retire and receive early or normal retirement income in accordance with Section 8.03 or 8.06 at the time of his death.

5.06.    _Amount of Surviving Spouse Benefit_.  The Surviving Spouse Benefit payable pursuant to the provisions of Section 5.03, Section 5.04 or Section 5.05 shall be an annuity for the life of the surviving spouse.  It shall be in an amount equal to the sum of (a) the amount which would have been payable to the spouse if the Member had (i) terminated employment with the Company on the date of death (or actual termination of employment, if earlier), (ii) survived to the benefit commencement date described in Section 5.07, (iii) commenced receiving his Basic Retirement Income benefit payments in the form of a Spouse Joint and Survivor Annuity under Section 5.01, and (iv) died immediately thereafter, plus (b) the Actuarial Equivalent of the amount the Member could have received had he terminated employment with the Company on his date of death and elected a lump sum under Option 6 of Section 6.02.  Notwithstanding the foregoing, the amount under (a) above shall not be less than the amount which may be provided by application of the amount of death benefit which would be payable in behalf of such Member in accordance with the provisions of Article VII if the Surviving Spouse Benefit is not in effect.

Notwithstanding anything to the contrary hereof, the Surviving Spouse Benefit may be payable in the form of a lump sum pursuant to the provisions of Section 6.06, or Option 5 of Section 6.02 with respect to the portion of the benefit attributable to his Basic Retirement Income, or Option 6 of Section 6.02 with respect to the portion of the benefit attributable to his Supplemental Retirement Income.  Such lump sum shall be payable at any time after the Member's death but not later than December 31 of the calendar year containing the fifth (5th) anniversary of the Member's death.

5.07.    Commencement of Surviving Spouse Benefit.  Except as otherwise provided in Section 5.05 or pursuant to the last paragraph of Section 5.06, payment of the Surviving Spouse Benefit to the surviving spouse of a Member shall commence on the first day of the month in which the Member would have attained the Earliest Retirement Age or the first day of the month following the Member's death, if later, unless the surviving spouse elects a later commencement date, which shall in any event not be later than the date the Member would have reached age 70½.  For purposes of this Article V, the term "Earliest Retirement Age" means the earliest date on which the Member could elect to receive retirement income under the Plan.

5.08.    Death Prior to January 1, 2001.  If the Member's death occurred prior to January 1, 2001, any retirement income payable to his surviving spouse shall be determined in accordance with the provisions of the Plan in effect on the date of his death.

## ARTICLE VI - FORMS OF RETIREMENT INCOME

6.01.   Normal Form of Retirement Benefit. If a Member does not have a spouse on his Annuity Starting Date, the Normal Form of payment to a Member shall be a retirement income payable in monthly installments with 120 installments guaranteed and payable thereafter for the life of the Member. If the Member dies after his Annuity Starting Date but prior to receiving 120 installments, the balance of such installments shall be payable to the Member's Beneficiary, either by continuing the same monthly installment payments or by commuting it in a single lump sum, as elected by the Beneficiary. If the payments under the Normal Form to the Member or Beneficiary would amount to less than $50 per month, the Committee shall cause payments to be made at such intervals as will make the payments amount to at least $50 each.

6.02.   Optional Forms Available. Subject to the provisions of this Article VI and of Section 5.02, each Member may elect in writing on a form provided for that purpose by the Committee to

(a)     convert the amount of Basic Retirement Income payable to him in accordance with the provisions of Article IV upon his actual retirement date or his Normal Retirement Date, as the case may be, into a retirement income of Actuarial Equivalent value to that payable in the Normal Form determined as of the Normal Retirement Date, early or deferred retirement income commencement date, and/or

(b)     convert the amount of Supplemental Retirement Income payable to him in accordance with the provisions of Article IV upon his actual retirement date or his Normal Retirement Date, as the case may be, into a retirement income of the greater of (i) the Actuarial Equivalent value to that payable in the Normal Form or (ii) the Actuarial Equivalent value payable in a Lump Sum (as described in Option 6 below) in accordance with one of the optional forms specified below:

33

Option 1.    A retirement income payable during the Member's life, with the provision that after his death such retirement income shall continue during the life of and shall be paid to his Beneficiary, or

Option 2.    A retirement income payable during the Member's life, with the provision that after his death a retirement income of 50% of the amount of his retirement income shall be continued during the life of and shall be paid to his Beneficiary, or

Option 3.    A retirement income payable to the Member and his Beneficiary as long as both payees shall be living, with the provision that a retirement income in the amount of 2/3rds of such payments shall be payable to the survivor as long as he shall live.

Option 4.    A retirement income payable during the Member's life, terminating with the last monthly payment prior to his death.

Option 5.    In addition to the above options and solely with respect to a Member's Basic Retirement Income, effective January 1, 1997, if the Actuarial Equivalent value of a Member's vested Basic Retirement Income is more than $3,500 ($5,000 beginning on and after January 1, 1999) but under $50,000, the Member and his spouse (or where the Member has died, the surviving spouse) may elect to receive such benefit in an immediate lump sum; provided, however, that such Member and his spouse shall also be given the choice of an immediate Spouse Joint and Survivor Annuity (Actuarially reduced to reflect early commencement) or an immediate Surviving Spouse Benefit (Actuarially reduced to reflect early

commencement) where the Member has died. For purposes of this Option 5, the Actuarial Equivalent value of any lump sum value shall be determined using the mortality table prescribed by the Secretary of the Treasury pursuant to Section 417(e)(3)(A)(ii)(I) of the Code and the lower of the interest rate stated in Section 1.01 or the interest rate equal to the annual rate of interest on 30-year Treasury securities published by the Board of Directors for the Federal Reserve System for the second full month preceding the start of the Plan Year that contains the proposed Annuity Starting Date. The change in actuarial assumptions provided in the foregoing sentence shall apply to all Members who terminate employment on or after January 1, 1997. They shall also apply to all Members who terminated employment before January 1, 1997 and who did not elect to receive a lump sum payment by June 30, 1997.

Option 6.    In addition to the above options and solely with respect to a Member's Supplemental Retirement Income, the Member and his spouse (or where the Member has died, the surviving spouse) may elect to receive the Member's vested Supplemental Retirement Income benefit in an immediate lump sum. For purposes of this Option 6, the Actuarial Equivalent value of any lump sum value shall equal the greater of (i) the actuarial equivalent of the Normal Form, determined using either (A) the mortality table and interest rate described under Option 5 above, or (B), the mortality table and interest rate described in Section 1.01, whichever

produces the larger lump sum amount, and (ii) 3% of Career Compensation.

All elections of an optional form of retirement benefit under the Plan shall be subject to the following restrictions:

(a)    No optional form of retirement benefit may be elected which would extend payments beyond the joint lives or the joint and last survivor life expectancy of the Member and his Beneficiary actuarially determined at the commencement of such optional form; and

(b)    If someone other than the Member's spouse is named as Beneficiary to receive benefits under such election, then the period of years under the optional form of retirement benefit shall meet the minimum distribution incidental benefit requirement determined in accordance with the regulations promulgated under Section 401(a)(9) of the Code which are hereby incorporated by reference.

(c)    The optional form of benefit must satisfy the maximum permitted disparity requirements of Section 401(l) of the Code and regulations promulgated thereunder.

6.03.    _Making of Election_.  Election of one of the Options described in Section 6.02 is conditional upon:

(a)    the election being made in writing and in compliance with the spousal consent requirement of Section 5.02 within the 90 day period ending on the Annuity Starting Date, and

(b)    furnishing the Committee, not later than 90 days after the filing of such election (or such other number of days determined by the Committee), with proof satisfactory to it of the age and relationship of the Beneficiary.

6.04.    Effect of Death of Member or Beneficiary.  If a Member who has elected Option 1, Option 2, Option 3 ,Option 5 and/or Option 6 dies before his Annuity Starting Date, the Option shall not be deemed to have taken effect and no retirement income shall be payable to the Beneficiary as a result of an Option having been elected.  If the Beneficiary dies before said date, an election under Option 1, Option 2 or Option 3 shall be deemed to be canceled and the Member may thereafter make another election, subject to the conditions required therefor.  If the Beneficiary dies after such date, the amount of the payments which the Member is then receiving under Option 1, Option 2 or Option 3 shall continue unchanged and shall cease upon his death.

6.05.    Change of Option.  Any revocation of an Option or change in the designation of the Beneficiary must be filed with the Committee.  The consent of the Beneficiary is not required in the event of such change.  No Member shall be permitted to elect an optional form of retirement income which would result in monthly payments to himself or his Beneficiary of less than $50 per month.

6.06.    No Immediate Distribution of Accrued Benefit.  Notwithstanding anything to the contrary elsewhere herein, if the Actuarial Equivalent value of a Member's vested retirement income exceeds $5,000, no retirement income may be distributed to the Member (or his surviving spouse) before the Member attains (or would have attained if not dead) his 65th birthday unless within the 90 day period ending on the Member's Annuity Starting Date, the Member consents in writing to an earlier distribution.  If the Actuarial Equivalent value of a Member's vested retirement income is not more than $5,000, the Committee shall direct that

37

such benefit be made immediately to the Member, surviving spouse, or Beneficiary in a lump sum determined pursuant to Option 5 of Section 6.02 with respect to his Basic Retirement Income and determined pursuant to Option 6 of Section 6.02 with respect to his Supplemental Retirement Income.  No distribution may be made under the preceding sentence after the Annuity Starting Date unless the Member and his spouse (or where the Member has died, the surviving spouse) consent in writing to such distribution.  For purposes of this Section 6.06, Actuarial Equivalent shall have the meaning set forth in Option 5 of Section 6.02 with respect  to the Member's Basic Retirement Income and in Option 6 of Section 6.02 with respect to the Member's Supplemental Retirement Income.

6.07.   Commencement of Benefits.  In no event shall the payment of retirement benefits hereunder, unless otherwise consented to by the Member, commence later than the first day of the month following the month in which the latest of the following events occurs:

> (a)    the Member's Normal Retirement Age;

> (b)    the 10th anniversary of the date on which the Member first became a Member; or

> (c)    the Member's termination of employment with the Company;

provided, however, that if the amount of the payment required to commence on the date determined under this Section 6.07 cannot be ascertained by such date, such payment may be postponed as long as it is made, retroactive to such date, no later than 60 days after the earliest date on which the amount of such benefit can be ascertained.

Benefits may commence less than 30 days after the notice required by Section 417(a)(3)(A) of the Code is provided to the Member provided that:

(i)    the Committee clearly informs the Member that the Member has a right to a period of at least 30 days after receiving the notice to consider the decision of whether or not to elect a distribution (and, if applicable, a particular distribution option), and

(ii)    the Member, after receiving the notice, affirmatively elects a distribution and does not revoke such election within seven (7) days thereafter (or by the Annuity Starting Date, if later).

Notwithstanding the foregoing, in no event shall distributions commence earlier than eight (8) days after the notice required by Section 417(a)(3)(A) of the Code is provided to the Member.

6.08.    Mandatory Distribution of Benefits.    Prior to January 1, 2002, in no event shall the distribution of retirement benefits hereunder commence later than April 1 of the calendar year following the calendar year in which the Member attains age 70½, unless the Member elects otherwise.  Effective January 1, 2002, in no event shall the distribution of benefits hereunder commence later than April 1 of the calendar year following the calendar year in which (a) the Member attains age 70½, or (b) in the case of a Member who is not a "5% owner", retires, whichever is later.  For purposes of this Section 6.08, a "5% owner" is an owner of more than 5% of the outstanding stock of the Company or a Related Company or of the stock possessing more than 5% of the total combined voting power of all the stock of the Company or a Related Company, determined with respect to the calendar year in which such individual attains age 70½ and any of the four (4) preceding calendar years, and an individual shall be deemed to own stock owned by other individuals as provided in Section 318 of the Code.  If a Member becomes a "5% owner" during any subsequent calendar year, distributions hereunder will commence no later than April 1 of the calendar year following such calendar year.  The amount of monthly