and the Regulations thereunder, the Guaranteed Benefit of a Member is the benefit computed as of the date of termination of the Plan which does not exceed the lesser of the benefits determined under (A) and (B) below:

(A)   A Member's nonforfeitable accrued benefit under the Plan (other than benefits which become nonforfeitable solely as a result of termination of the Plan) reduced by the value of any benefit attributable to a Plan amendment which has not been in effect 60 months or more at the Plan termination date, said valuation to be at a rate equal to the greater of 20% of such benefit or $20 per month per year for each year of the five-year period immediately preceding the termination of the Plan during which such amendment had not been in effect.

(B)   The Actuarial Equivalent of a monthly straight life annuity commencing at age 65 equal to the lesser of:

(i)    100% of a Member's average monthly compensation during his highest paid five consecutive calendar year period of active membership in the Plan (or, if less, the period in which he was an active Member), and

(ii)   $750 multiplied by a fraction, the numerator of which is the Social Security earnings base in effect at the termination of the Plan and the denominator of which is such base in effect in calendar year 1974.

THIRD:    Assets shall be allocated to provide for all accrued benefits not provided for in the allocation under the FIRST and SECOND subdivisions, which

were nonforfeitable on the Plan termination date other than benefits which became nonforfeitable solely as a result of termination of the Plan. As used in this Section 12.04, the amount of a Member's nonforfeitable benefit means the amount of his retirement benefit which is vested under the provisions of this Plan.

FOURTH:     Assets shall be allocated to provide for all benefits which are accrued but not vested under the Plan.

FIFTH:     If any assets remain after satisfaction of all liabilities for all benefits in accordance with the preceding subdivisions of this Section 12.04, such assets shall be returned to the Company.

11.05. Pro Rata Allocation. In the event there are not sufficient assets to provide all the benefits payable under any of the subdivisions of Section 12.04, each person in the first such subdivision for which there are insufficient assets shall receive a pro rata portion of such assets (computed on the basis of the present value on the Plan termination date of the respective values of the benefits described in that subdivision), and no persons in any succeeding subdivision shall receive any benefits under the Plan.

11.06. Amendments Within Five Years of Termination. If on termination of the Plan there are not sufficient assets to satisfy in full all the benefits of individuals described in subdivision THIRD of Section 12.04, and if there have been any Plan amendments affecting the amount of benefits provided by the Plan in the five-year period ending on the Plan termination date, the assets shall be allocated first to provide the benefits to individuals on the basis of the terms of the Plan as in effect at the beginning of such five-year period. If the assets are sufficient to satisfy in full the benefits described in the preceding sentence, any remaining assets after

satisfaction of such benefits shall be allocated to provide the remaining amount of nonforfeitable benefits of the affected individuals as determined under Plan amendments made within the aforesaid five-year period, said amendments to be applied seriatim beginning with the earliest such amendment.

11.07. <u>Termination Payment Methods</u>. The allocations provided for in this Article XI on termination of the Plan may be applied, in the discretion of the Committee, to provide benefits by any of the following methods:

(a)    Allocation of reserves within, and disbursement of benefits from, the Trust fund;

(b)    Purchase of paid-up annuities from an insurance company on an individual or group basis;

(c)    Cash settlement;

(d)    Any combination of the foregoing.

Benefits of missing Members shall be treated in accordance with Section 4050 of ERISA.

## ARTICLE XII - LIMITATION ON EARLY DISTRIBUTIONS

12.01.  Restrictions In Case of Benefit Increase.  If at any time within ten (10) years from the effective date of a benefit increase under the Plan, the Plan is discontinued or the benefits of a Restricted Member become payable, the provisions of this Article XII shall apply.  The term "benefit increase" as used herein means any amendment to the Plan which increases the amount of benefits provided under the Plan, excepting, however, any such amendment which the Internal Revenue Service determines does not have the effect of substantially increasing the possibility of discrimination within the meaning of the applicable Treasury Department regulations.

12.02.  Definitions.  For purposes of this Article XII the following terms shall have the meanings shown unless the context requires otherwise:

(a)     "Benefits" shall mean any periodic income and any death benefits not provided for by insurance on the Member's life.

(b)     "Restricted Member" shall mean a Member who is among the top twenty-five Highly Compensated Employees (within the meaning of Section 414(q) of the Code) and Highly Compensated Former Employees (within the meaning of Section 414(q)(9) of the Code) of the Company.

(c)     "Unrestricted Member" shall mean any Member who is not a Restricted Member.

12.03.  Restricted Amendment of Increased Benefits.  Notwithstanding any other provision of this Plan, the Company contributions which may be used for the benefit of a Restricted Member with respect to the increase in benefits prior to January 1, 1991, shall be limited to the greater of:

(a)     $20,000, or

(b)    Twenty percent (20%) of that portion of such Member's compensation not in excess of $50,000 multiplied by the number of years between the increase in benefit and whichever of the following dates is applicable:

(1)    the date of termination of the Plan, or

(2)    the date when benefits of such Members become payable during the ten-year period following the increase of benefits.

(c)    The Actuarial Equivalent of the absolute dollar limit described in Section 4022(b)(5) of ERISA determined on the date the Plan terminates or on the date benefits commence, whichever is earlier and determined in accordance with the regulations of the Pension Benefit Guaranty Corporation.

12.04.  Payment of Benefits Prior to Early Termination.  The limitations set forth in Section 12.03 shall not restrict the current payment of the full amount of retirement income provided by the Plan so long as the Plan is not terminated nor shall they restrict the payment of benefits upon Plan termination as long as the Plan assets are sufficient to provide for all benefits under Section 11.04 and the benefit of a Restricted Member is limited to a benefit that is nondiscriminatory under Section 401(a)(4) of the Code.

12.05.  Restriction on Distributions.  Effective January 1, 1991, the normal retirement income payable to a Restricted Member is restricted to an amount equal to the payments that would be made on behalf of such Restricted Member under a single life annuity that is the Actuarial Equivalent of the sum of the Restricted Member's accrued benefit and other benefits under the Plan. The restrictions imposed by the foregoing sentence shall not apply, however, if (a) after payment to the Restricted Member of all benefits, the value of Trust assets equals or exceeds 110% of the value of current liabilities, as defined in Section 412(l)(7) of the Code, or

64

(b) the value of the benefits for the Restricted Member is less than 1% of the value of current liabilities.

12.06.  <u>Rule of Law or Regulation</u>.  In the event that it should subsequently be determined by statute, court decision acquiesced in by the Commissioner of Internal Revenue or ruling by the Commissioner of Internal Revenue that the provisions of this Article XII are no longer necessary to qualify the Plan under the Code, this Article XII shall be ineffective without the necessity of further amendment of the Plan.

## ARTICLE XIII - TOP-HEAVY PROVISIONS

13.01. Article Controls. Any Plan provisions to the contrary notwithstanding, the provisions of this Article XIII shall control to the extent required to cause the Plan to comply with the requirements imposed by Section 416 of the Code.

13.02. Definitions. Where the following words and phrases appear in this Article XIII, they shall have the respective meanings set forth below, unless their context clearly indicates to the contrary:

(a)    Account Balance. As of any Valuation Date, the aggregate amount credited to an individual's account or accounts under a qualified defined contribution plan (excluding employee contributions which were deductible within the meaning of Section 219 of the Code and rollover or transfer contributions made by or on behalf of such individual to such plan from another qualified plan, sponsored by an entity other than the Company or a Related Company) increased by (i) the aggregate distributions made to such individual from such plan during a five (5) year period ending on the Determination Date and (ii) the amount of any contributions due as of the Determination Date immediately following such Valuation Date.

(b)    Accrued Benefit. As of any Valuation Date, the present value (computed on the basis of the Assumptions) of the cumulative accrued benefit (excluding the portion thereof which is attributable to employee contributions which were deductible pursuant to Section 219 of the Code, to rollover or transfer contributions made by or on behalf of such individual to such plan from another qualified plan sponsored by an entity other than the Company or a Related Company, to proportional subsidies, or to ancillary benefits) of an individual under a qualified defined benefit plan increased by (i) the aggregate distributions made to such individual from such plan during a five (5) year

period ending on the Determination Date and (ii) the estimated benefit accrued by such individual between such Valuation Date and the Determination Date immediately following such Valuation Date. The Accrued Benefit of Non-Key Employees shall be determined under (A) the method, if any, that uniformly applies for accrual purposes under all defined benefit plans maintained by the Company and Related Companies, or (B) if there is no such method, as if such benefit accrued not more rapidly than the slowest accrual rate permitted under Section 411(b)(1)(C) of the Code.

      (c)   <u>Aggregation Group</u>. The group of qualified plans (whether or not terminated) maintained by the Company and each Related Company consisting of (i) each plan in which a Key Employee participates and each other plan which enables a plan in which a Key Employee participates to meet the requirements of Section 401(a)(4) or 410 of the Code, or (ii) each plan in which a Key Employee participates, each other plan which enables a plan in which a Key Employee participates to meet the requirements of Sections 401(a)(4) and 410 of the Code, and any other plan which the Committee elects to include as a part of such group; provided, however, that the Committee may not elect to include a plan in such group if its inclusion would cause the group to fail the requirements of Sections 401(a)(4) and 410 of the Code.

      (d)   <u>Assumptions</u>. For purposes of this Article XIII, the assumptions used to determine an actuarial equivalent benefit shall be the actuarial assumptions set forth in Section 1.01.

      (e)   <u>Compensation</u>. An individual's earned income, wages, salaries, and other amounts actually paid or made available by the Company or a Related Company to such individual during a Plan Year for personal services actually rendered in

the course of employment with the Company or a Related Company (subject to exclusion of amounts specified by regulations promulgated under Section 415 of the Code), including elective contributions pursuant to Section 125, 132(f) or 401(k) of the Code. A Member's Compensation for any Plan Year shall not be taken into account to the extent that such Compensation exceeds the dollar limitations under Section 1.10 (subject to cost-of-living adjustments made by the Secretary of the Treasury or his delegate under Section 401(a)(17) of the Code).

(f)     Determination Date.  For the first Plan Year of any plan, the last day of such Plan Year, and, for each subsequent Plan Year of such plan, the last day of the preceding Plan Year.

(g)     Former Key Employee.  With respect to any Plan Year, any individual who was a Key Employee in a previous Plan Year but who is not a Key Employee with respect to such Plan Year.  For purposes of this definition, a Beneficiary (who would not otherwise be a Key Employee) of a deceased Former Key Employee shall be deemed to be a Former Key Employee in substitution for such deceased Former Key Employee.

(h)     Highest Average Compensation.  The highest annual average of the Compensation paid by the Company or a Related Company to an Employee during five (5) consecutive Plan Years, or during the maximum number of such years during which the Employee received Compensation, if less than five (5).

(i)     Key Employee.  Any Employee (and any Beneficiary of a deceased Employee) of the Company or a Related Company who is a "Key Employee" as determined in accordance with Section 416(i)(1) of the Code.

(j)     Non-Key Employee.  An Employee who is not a Key Employee.

(k)     Plan Year.  With respect to any plan, the annual accounting period used by such plan for annual reporting purposes.

(l)     Valuation Date.  With respect to any Plan Year of any defined contribution plan, the most recent date within the twelve (12) month period prior to a Determination Date as of which the trust fund established under such plan was valued and the net income (or loss) thereof allocated to Members' accounts.  With respect to any Plan Year of a defined benefit plan, the most recent date within a twelve (12) month period prior to a Determination Date as of which the plan assets were valued for purposes of computing plan costs for purposes of the requirements imposed under Section 412 of the Code.

13.03.  Top-Heavy Status.

(a)     The Plan shall be deemed to be top-heavy if, as of any Determination Date, (i) the sum of the Accrued Benefit of Members who are Key Employees exceeds 60% of the sum of the Accrued Benefit of all Members (excluding the Accrued Benefit of Former Key Employees and of Employees who have not performed any services for the Company or any Related Company at any time during the five-year period ending on the Determination Date) unless an Aggregation Group including the Plan is not top-heavy or (ii) an Aggregation Group including the Plan is top-heavy.  An Aggregation Group shall be deemed to be top-heavy as of a Determination Date if the sum (computed in accordance with Section 416(g)(2)(B) of the Code and the regulations promulgated thereunder) of (i) the Account Balances of Key Employees under all defined contribution plans included in the Aggregation Group and

(ii) the Accrued Benefits of Key Employees under all defined benefit plans included in the Aggregation Group exceeds 60% of the sum of the Account Balances and the Accrued Benefits of all individuals (excluding the Account Balances and the Accrued Benefits of former Key Employees and of Employees who have not performed any services for the Company or any Related Company at any time during the five-year period ending on the Determination Date) under such plans.

(b)    If the Plan is determined to be top-heavy for a Plan Year, then each Member who is not a Key Employee and who is credited with 1,000 Hours of Service during such Plan Year shall be entitled to a minimum accrued benefit attributable to Company contributions in the form of an annual retirement benefit equal to 2% of the Member's Highest Average Compensation, provided, however, that the maximum total Accrued Benefit provided hereunder shall not exceed 20% of the Member's Highest Average Compensation. The minimum annual retirement benefit provided by this paragraph (b) means a benefit payable in the form of a single life annuity (with no ancillary benefits) beginning at the Member's Normal Retirement Date. If a Member actually receives his benefit under the Plan in a different form or commencing at a different time, his benefit shall not be less than the Actuarial Equivalent of the foregoing minimum benefit. Notwithstanding the foregoing, such minimum benefit does not have to be provided to each such Member if he receives a minimum contribution equal to 5% of his Compensation under the Company's defined contribution plan during such Plan Year. The minimum contribution or benefit provided hereunder shall not take into account any benefits payable under the Social Security Act or any other Federal or State law.

(c)    If the Plan is determined to be top-heavy for a Plan Year, the

following minimum vesting schedule will automatically apply.

| Years of Service | Percentage of Benefits |
|---|---|
| Less than 2 | 0% |
| 2 | 25% |
| 3 | 50% |
| 4 | 75% |
| 5 or more | 100% |

Such minimum vesting schedule applies to the Accrued Benefit of each Member,

including benefits accrued before the effective date of Section 416 of the Code and benefits

accrued before the Plan became top-heavy.  However, this schedule does not apply to the

Accrued Benefit of any Member who does not work an Hour of Service after the Plan has

initially become top-heavy.  In the event the Plan ceases to be top-heavy for any subsequent Plan

Year, the percentage of benefits of any Member who terminates after the Plan has ceased to be

top heavy shall be determined in accordance with the vesting schedule in Section 8.03 except

that (i) the percentage of benefits of a Member shall not be less than the percentage of benefits

which such Member had achieved under the vesting schedule set forth above as of the last day of

the last Plan Year for which the Plan was top-heavy and (ii) the percentage of benefits of a

Member who had been credited with three (3) or more Years of Service as of the last day of the

last Plan Year for which the Plan was top-heavy shall continue to be determined in accordance

with the schedule set forth in this Section 14.03(c).

13.04.  Termination of Top-Heavy Status.  Except as specifically provided in Section

13.03(d), if the Plan has been determined to be top-heavy for one or more Plan Years and

thereafter ceases to be top-heavy, the provisions of this Article XIII shall cease to apply to the

Plan effective as of the day following the Determination Date on which it is determined no

71

longer to be top-heavy, provided, however, that the Accrued Benefit of any Member under the Plan shall not be reduced.

ARTICLE XIV - LIMITATION OF RIGHTS OF EMPLOYEES; SPENDTHRIFT PROVISION

14.01. Plan Not Contract of Employment. Nothing contained in the Plan gives, nor is intended to give, any Employee the right to be retained in the service of the Company or to interfere with the right of the Company to discharge or retire any Employee at any time. Membership in the Plan gives no right or claim to retirement benefits. All rights and claims are limited as set forth in the Plan and are further limited to the extent of the funds available therefor in the hands of the Trustee.

14.02. No Alienation or Assignment. The benefits provided for any person under this Plan shall in no manner be subject to alienation, sale, transfer, assignment, pledge, encumbrance, mortgage or attachment, nor shall they pass to any Trustee in bankruptcy or receiver or be reached or applied by any legal process for the payment of any obligations of such person, except obligations of a Member pursuant to a qualified domestic relations order within the meaning of Section 414(p) of the Code, and except as otherwise provided in Section 401(a)(13) of the Code. Any attempt at such alienation, sale, transfer, assignment, pledge, encumbrance, mortgage or attachment shall be void.

14.03. Qualified Domestic Relations Order. If, and to the extent, any portion of a Member's accrued benefit is payable to a former spouse or dependent pursuant to a qualified domestic relations order within the meaning of Section 414(p) of the Code, the provisions of said order shall govern the distribution thereof. A qualified domestic relations order may provide for an immediate lump sum cash payment of the portion of the Member's accrued benefit which is payable to the former spouse or dependent regardless of whether such amount would otherwise then be distributable to the Member.

73

## ARTICLE XV - MISCELLANEOUS

15.01. Reliance on Legal Counsel.  In any question of interpretation or other matter of doubt, the Committee, the Trustee and the Company may rely upon the opinion of counsel for the Company or any other attorney at law in the Commonwealth of Massachusetts designated by the Board of Directors.

15.02. Applicable Law.  The provisions of this Plan shall be construed, administered and enforced according to the laws of the United States, and, to the extent permitted by such laws, in accordance with the laws of the Commonwealth of Massachusetts.

15.03. Construction.  This Plan has been executed for the exclusive benefit of the eligible Employees, spouses of Employees and their Beneficiaries.  So far as possible this Plan and the Trust Agreement should be interpreted in a manner consistent with this intent and with the intention of the Company that the Plan and Trust satisfy those provisions of the Internal Revenue Code relating to qualified employees' plans and tax-exempt employees' trusts.

15.04. Successor to Company.  Unless this Plan be sooner terminated, a successor to the business of the Company by whatever form or manner resulting may participate in this Plan by executing an appropriate supplemental agreement and such successor shall ipso facto succeed to all the rights, powers and duties of the Company hereunder.  The employment of any Employee who has continued in the employ of such successor shall not be deemed to have been terminated or severed for any purpose hereunder if such supplemental agreement so provides.

15.05. Merger of Plan.  This Plan shall not be merged into, or consolidated with, nor shall any assets or liabilities be transferred to, any other pension plan unless immediately after any such merger, consolidation, or transfer, each Member would (if such plan were then terminated) receive a benefit after the merger, consolidation or transfer which would be equal to

or greater than the benefit to which he would have been entitled under this Plan immediately before such merger, consolidation or transfer (if the Plan were then to terminate).

15.06. Allocation and Delegation of Responsibilities. The named fiduciaries with respect to the Plan within the meaning of Section 402 of ERISA shall be the Company, the Committee and the Trustee. The responsibilities of the named fiduciaries shall be allocated as provided herein, and each such fiduciary shall have only those responsibilities and obligations that are specifically imposed upon him by this Plan. It is intended that each of the named fiduciaries shall be responsible for the proper exercise of his own powers, duties, responsibilities and obligations under the Plan and shall not be responsible for any act or omission of any other fiduciary. Each named fiduciary shall be entitled to delegate all or any part of his fiduciary responsibilities and obligations to any other person or entity. In the event of any such delegation, (i) the named fiduciary shall not be liable for any act or omission of the person to whom the responsibility has been delegated as long as the selection and retention of such person is prudent and (ii) the person to whom the fiduciary powers and obligations are delegated shall be responsible only for the proper exercise of the powers, duties, responsibilities and obligations that have been specifically delegated to him.

15.07. Facility of Payments. If the Committee shall find that any person to whom a benefit is payable from the Trust is unable to care for his affairs because of illness or accident, any payment due (unless a prior claim therefor shall have been made by a duly appointed guardian, committee or other legal representative) may be paid to the person's spouse, child, grandchild, parent, brother or sister, or to any person deemed by the Committee to have incurred expense for such person otherwise entitled to payment. Any such payment shall be a complete discharge of any liability under the Plan therefor.

15.08. <u>Definition of Words</u>. Feminine or neuter pronouns shall be substituted for those of the masculine form, and the plural shall be substituted for the singular, in any place or places herein where the context may require such substitution or substitutions.

15.09. <u>Titles</u>. The titles of articles and sections are included only for convenience and shall not be construed as a part of this Plan or in any respect affecting or modifying its provisions.

15.10. <u>Special Provisions for Certain Leased Employees</u>. A "leased employee" shall receive credit for Hours of Service and Years of Service for eligibility and vesting service for the entire period during which he is a leased employee of the Company as if he were an Employee of the Company; provided, however, that a leased employee shall not be an Employee eligible to participate in the Plan as long as he remains a leased employee and he shall only accrue benefits based on Years of Credited Service after he becomes an Employee. For purpose of this Section 15.10, the term "leased employee" means any person (a) who is not an Employee of the Company and (b) who pursuant to an agreement between the Company and any other person (a "leasing organization") has performed services for the Company on a substantially full-time basis for a period of at least one (1) year and such services are performed under primary direction or control of the Company. Notwithstanding the foregoing, if leased employees constitute less than 20% of the Company's nonhighly compensated work force within the meaning of Section 414(n)(5) of the Code, a person who is covered by a money purchase pension plan maintained by the leasing organization which provides a nonintegrated employer contribution rate of at least 10% of compensation, immediate participation and full and immediate vesting shall not be considered a "leased employee."

## ARTICLE XVI - DIRECT ROLLOVERS

16.01. Application of this Article. This Article applies to distributions made on or after January 1, 1993. Notwithstanding any provision of the Plan to the contrary that would otherwise limit a distributee's election under this Article, a distributee may elect, at the time and in the manner prescribed by the Committee, to have any portion of an eligible rollover distribution paid directly to an eligible retirement plan specified by the distributee in a direct rollover.

16.02. Waiver of 30-Day Notice. Notwithstanding the foregoing, distributions may commence less than 30 days after the notice required under Section 1.411(a)-11(c), if applicable and Section 1.417(e)-1 of the Income Tax Regulations is given, provided that:

(a)     the Committee clearly informs the Member that the Member has a right to a period of at least 30 days after receiving the notice to consider the decision of whether or not to elect a distribution (and, if applicable, a particular distribution option), and

(b)     the Member, after receiving the notice, affirmatively elects a distribution and, if the notice required under Section 1.417(e)-1 applies, the Member does not revoke such election with seven (7) days thereafter. Notwithstanding the foregoing, in no event shall distribution commence earlier than eight (8) days after the notice required by Section 417(a)(3) of the Code is provided to the Member.

16.03. Definitions. Whenever used in this Article, the following words shall have the following meanings:

(a)     Eligible rollover distribution: An eligible rollover distribution is any distribution of all or any portion of the balance to the credit of the distributee, except that an eligible rollover distribution does not include: any distribution that is one of a series of substantially equal periodic payments (not less frequently than annually) made

77

for the life (or life expectancy) of the distributee or the joint lives (or joint life expectancies) of the distributee and the distributee's designated beneficiary, or for a specified period of ten years or more; any distribution to the extent such distribution is required under Section 401(a)(9) of the Code; and the portion of any distribution that is not includible in gross income (determined without regard to the exclusion for net unrealized appreciation with respect to employer securities).

   (b) Eligible retirement plan:  An eligible retirement plan is an individual retirement account described in section 408(a) of the Code, an individual retirement annuity described in section 408(b) of the Code, an annuity plan described in section 403(a) of the Code, or a qualified trust described in section 401(a) of the Code, that accepts the distributee's eligible rollover distribution.  However, in the case of an eligible rollover distribution to the surviving spouse, an eligible retirement plan is an individual retirement account or individual retirement annuity.

   (c) Distributee:  A distributee includes an employee or former employee.  In addition, the employee's or former employee's surviving spouse and the employee's or former employee's spouse or former spouse who is the alternate payee under a qualified domestic relations order, as defined in section 414(p) of the Code, are distributees with regard to the interest of the spouse or former spouse.

   (d) Direct rollover:  A direct rollover is a payment by the Plan to the eligible retirement plan specified by the distributee.

IN WITNESS WHEREOF, these presents have been signed and sealed for and in behalf of the Company hereto by its duly authorized officer this _____ day of _____, 2001.

LOOMIS, SAYLES & COMPANY, L.P.


By: _____ .
Title: _____