# LOOMIS-SAYLES FUNDED PENSION PLAN

## Second Amendment

A.   The Loomis-Sayles Funded Pension Plan, as amended and restated January 1, 2001 (the "Plan"), as amended by the First Amendment thereto is hereby further amended by adding the following new Article XVIII at the end therein..

### "Article XVIII

### ENHANCED RETIREMENT BENEFITS

18.01   Eligibility for Enhanced Retirement Income

A Member shall be eligible for an Enhanced Retirement Income determined under this Article XVIII in addition to the amount payable under the provision of Section 4.02 or 4.03 if (a) he terminates his employment during the Enhanced Retirement Period, (b) he will have attained at least age 50 and completed ten (10) or more Years of Service by the end of the Enhanced Retirement Period, and (c) he is neither the Chief Executive Officer, the Vice Chairman of the Company nor a member of the Fixed Income Portfolio Manager Group.

18.02   Enhanced Retirement Income

The Enhanced Retirement Income for a Member entitled to a normal retirement income or early retirement income, as the case may be, shall be a monthly amount equal to the difference between (a) the monthly Basic Retirement Income that would be payable under Section 4.02 or 4.03, as the case may be, if the Member were five years older in age and had completed five additional Years of Credited Service, and (b) the monthly amount which such Member is eligible to receive pursuant to Section 4.02 or 4.03, as the case may be, as a Basic Retirement Income.

18.03   Enhanced Retirement Period

The Enhanced Retirement Period with respect to a Member shall mean the period between and including July 15, 2002 and August 28, 2002.

18.04   Reemployment

If a Member who is receiving an Enhanced Retirement Income is reemployed at any time and is credited with forty (40) or more Hours of Service during any calendar month after such date, such Member shall cease to be eligible for the Enhanced Retirement Income as of the end of the first such calendar month. Upon such Member's subsequent retirement, his retirement income shall be

redetermined without regard to this Article XVIII and the amount of such redetermined retirement income shall be reduced by the Actuarial Equivalent of any retirement income payment (including amounts payable under this Article XVIII) made prior to his Normal Retirement Date."

B. The effective date of this Second Amendment shall be July 15, 2002.

C. Except as amended herein, this Plan is hereby confirmed in all other respects.

IN WITNESS WHEREOF, this Second Amendment has been signed and sealed for and on behalf of the Company by the duly authorized officer of its General Partner this _____ day of _____, 2002.

> LOOMIS SAYLES & COMPANY, L.P.
> By its General Partner
>
> LOOMIS SAYLES & COMPANY, INCORPORATED
>
> By: _____
> Title:

LJBB/1126754.2