UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP R. MURRAY,<br><br>        Plaintiff,<br><br>v.<br><br>LOOMIS SAYLES & COMPANY, INC.,<br>LOOMIS SAYLES & COMPANY, LP,<br>LOOMIS SAYLES & COMPANY, LP<br>PENSION COMMITTEE, LOOMIS-SAYLES<br>FUNDED PENSION PLAN, and KEVIN P.<br>CHARLESTON,<br><br>        Defendants. | Civil Action No. 04-12171 NMG |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of the undersigned as counsel for Defendants Loomis Sayles & Company, Inc., Loomis Sayles & Company, LP, Loomis Sayles & Company, LP Pension Committee, Loomis-Sayles Funded Pension Plan, and Kevin P. Charleston in the above-captioned matter.

LOOMIS, SAYLES & COMPANY, INC.,
LOOMIS, SAYLES & COMPANY, LP,
LOOMIS, SAYLES & COMPANY, LP
PENSION COMMITTEE, LOOMIS-SAYLES
FUNDED PENSION PLAN, and KEVIN P.
CHARLESTON

By their attorneys,

_____
Robert B. Gordon, BBO # 549258
M. Concetta Burton, BBO # 643205
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: November 24, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

11/24/04   _____

9592565_1