UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP R. MURRAY,<br><br>        <u>Plaintiff</u>,<br><br>v.<br><br>LOOMIS SAYLES & COMPANY, INC.,<br>LOOMIS SAYLES & COMPANY, LP,<br>LOOMIS SAYLES & COMPANY, LP<br>PENSION COMMITTEE, LOOMIS-SAYLES<br>FUNDED PENSION PLAN, and KEVIN P.<br>CHARLESTON,<br><br>        <u>Defendants</u>. | Civil Action No. 04-12171 NMG |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT LOOMIS SAYLES & COMPANY, LP

Pursuant to Fed. R. Civ. P. 7.1, Defendant Loomis Sayles & Company, LP (Loomis LP) states as follows:

1. Loomis LP is a limited partnership whose general partner, Loomis, Sayles & Company, Inc., is a wholly-owned subsidiary of CDC IXIS Asset Management Holdings, Inc.;

2. There is no publicly held corporation that owns 10% or more of Loomis LP's stock.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

11/24/04  [signature]

Dated: November 24, 2004

**LOOMIS, SAYLES & COMPANY, LP,**

By its attorneys,

[signature]
Robert B. Gordon, BBO # 549258
M. Concetta Burton, BBO # 643205
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

9592508_1.DOC