UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP R. MURRAY,<br><br>       Plaintiff,<br><br>v.<br><br>LOOMIS SAYLES & COMPANY, INC.,<br>LOOMIS SAYLES & COMPANY, LP,<br>LOOMIS SAYLES & COMPANY, LP<br>PENSION COMMITTEE, LOOMIS-SAYLES<br>FUNDED PENSION PLAN, and KEVIN P.<br>CHARLESTON,<br><br>       Defendants. | Civil Action No. 04-12171 NMG |

## DEFENDANTS' ASSENTED TO MOTION FOR
## LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Loomis Sayles & Company, Inc., Loomis Sayles & Company, LP, Loomis Sayles & Company, LP Pension Committee, Loomis-Sayles Funded Pension Plan, and Kevin P. Charleston (collectively, the "Defendants") seek leave to file a memorandum of law in excess of twenty (20) pages in support of their motion to dismiss. As grounds for this motion, Defendants state that the additional pages are necessary to address fully the issues of law presented by their motion to dismiss, and the Defendants believe the Court will benefit from the modest further briefing provided therein.

9591247_1.DOC

Wherefore, Defendants respectfully request leave to file a brief in excess of twenty pages.

Submitted by,

**LOOMIS, SAYLES & COMPANY, INC., LOOMIS, SAYLES & COMPANY, LP, LOOMIS, SAYLES & COMPANY, LP PENSION COMMITTEE, LOOMIS-SAYLES FUNDED PENSION PLAN, and KEVIN P. CHARLESTON**

By their attorneys,

_____
Robert B. Gordon, BBO # 549258
M. Concetta Burton, BBO # 643205
 ROPES & GRAY LLP
 One International Place
 Boston, Massachusetts 02110-2624
 (617) 951-7000

Dated: November 24, 2004

Certificate of Service

I hereby certify that on November 24, 2004, a true and correct copy of the foregoing document was served upon the attorney of record, Cynthia B. Hartman and Roderick O. Ott, Gordon, Mond & Ott, P.C., Gordon, Mond & Ott, P.C., One Batterymarch Park, Suite 310, Quincy, MA 02169 by first-class mail.

_____
M. Concetta Burton, Esq.

## Rule 7.1 Certification

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants Loomis Sayles & Company, Inc., Loomis Sayles & Company, LP, Loomis Sayles & Company, LP Pension Committee, Loomis-Sayles Funded Pension Plan, and Kevin P. Charleston have conferred with Plaintiff Philip R. Murray's counsel, Cynthia B. Hartman, concerning this Motion. Plaintiff has assented to this Motion.

_____
Robert B. Gordon, Esq.