UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP R. MURRAY,<br><br>    Plaintiff,<br><br>v.<br><br>LOOMIS SAYLES & COMPANY, INC.,<br>LOOMIS SAYLES & COMPANY, LP,<br>LOOMIS SAYLES & COMPANY, LP<br>PENSION COMMITTEE, LOOMIS-SAYLES<br>FUNDED PENSION PLAN, and KEVIN P.<br>CHARLESTON,<br><br>    Defendants. | Civil Action No. 04-12171 NMG |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
## COMPLAINT AND DEMAND FOR JURY TRIAL

Pursuant to the provisions of Fed. R. Civ. P. 12(b)(6), Defendants Loomis Sayles & Company, Inc., Loomis Sayles & Company, LP, Loomis Sayles & Company, LP Pension Committee, Loomis-Sayles Funded Pension Plan, and Kevin P. Charleston (collectively, the "Defendants") respectfully move the Court to dismiss Plaintiff's Complaint and Demand for Jury Trial because the claims set forth therein are barred by well settled principles of res judicata. In addition, the Complaint should be dismissed for the independently sufficient reason that it fails to state a claim upon which relief can be granted. In support of this Motion, the Defendants submit the accompanying Memorandum of Law.

9580743_1.DOC

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on this Motion, pursuant to Dist. Ct. R. 7.1(d). As grounds therefor, Defendants submit that oral argument will assist the Court in resolving the issues raised herein.

                         LOOMIS, SAYLES & COMPANY, INC.,
                         LOOMIS, SAYLES & COMPANY, LP,
                         LOOMIS, SAYLES & COMPANY, LP
                         PENSION COMMITTEE, LOOMIS-SAYLES
                         FUNDED PENSION PLAN, and KEVIN P.
                         CHARLESTON

                         By their attorneys,

                         _/s/ Robert B. Gordon_____
                         Robert B. Gordon, BBO # 549258
                         M. Concetta Burton, BBO # 643205
                           ROPES & GRAY LLP
                           One International Place
                           Boston, Massachusetts 02110-2624
                           (617) 951-7000

Dated: November 24, 2004

-3-

## Rule 7.1 Certification

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants Loomis Sayles & Company, Inc., Loomis Sayles & Company, LP, Loomis Sayles & Company, LP Pension Committee, Loomis-Sayles Funded Pension Plan, and Kevin P. Charleston have conferred with Plaintiff Philip R. Murray's counsel, Cynthia B. Hartman, concerning this Motion. The parties were unable, in good faith, to resolve or narrow the issues presented in this Motion.

_____
Robert B. Gordon, Esq.

#### Certificate of Service

I hereby certify that on November 24, 2004, a true and correct copy of the foregoing document was served upon the attorney of record, Cynthia B. Hartman and Roderick O. Ott, Gordon, Mond & Ott, P.C., Gordon, Mond & Ott, P.C., One Batterymarch Park, Suite 310, Quincy, MA 02169 by first-class mail.

_____
Robert B. Gordon, Esq.