UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILIP R. MURRAY,
    Plaintiff
vs.

LOOMIS SAYLES & COMPANY, INC.,
LOOMIS SAYLES & COMPANY, LP,
LOOMIS SAYLES & COMPANY, LP
PENSION COMMITTEE, LOOMIS-
SAYLES FUNDED PENSION PLAN,
and KEVIN P. CHARLESTON,
    Defendants

CIVIL ACTION NO.

04-12171 NMG

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO
FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Now comes the Plaintiff pursuant to Fed.R.Civ.P. 6(b) and requests that this Honorable Court enlarge the time for him to file an Opposition to the Defendants' Motion to Dismiss, to December 21, 2004. As reasons, the Plaintiff states that his attorney has been unable to prepare the Opposition within the time required due to the Thanksgiving holiday and obligations on other cases.

WHEREFORE, the Plaintiff requests an extension through December 21, 2004.

1

DATED: December 14, 2004

Respectfully submitted,
PHILIP MURRAY,
By his attorney,

_____
Cynthia B. Hartman
    BBO No. 559486
Roderick O. Ott
    BBO No. 380935
Gordon, Mond & Ott, P.C.
One Batterymarch Park
Suite 310
Quincy, MA 02169
617-786-0800

CERTIFICATE OF SERVICE

I hereby certify that the above document was served upon all parties by mailing a true and complete copy to counsel of record this 14th day of December, 2004.

_____
Cynthia B. Hartman

2