UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILIP R. MURRAY,
      Plaintiff
vs.

LOOMIS SAYLES & COMPANY, INC.,
LOOMIS SAYLES & COMPANY, LP,
LOOMIS SAYLES & COMPANY, LP
PENSION COMMITTEE, LOOMIS-
SAYLES FUNDED PENSION PLAN,
and KEVIN P. CHARLESTON,
      Defendants )

CIVIL ACTION NO.

04-12171  NMG

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

Now comes the Plaintiff and opposes the Defendants' Motion to Dismiss Complaint and Demand for Jury Trial. As reasons, the Plaintiff states that the claims stated in the Complaint are not barred by the principles of res judicata, and that the Defendant has not shown that the Plaintiff has failed to state a claim upon which relief can be granted. In support of this Opposition, the Plaintiff submits the accompanying Memorandum of Law.

WHEREFORE, the Plaintiff requests that the Defendants' Motion be denied with prejudice. Alternatively, should the Court find that a required claim is not pleaded, the Plaintiff requests leave to amend his Complaint.

1

DATED: December 21, 2004

Respectfully submitted,
PHILIP MURRAY,
By his attorney,

*[signature]*
Cynthia B. Hartman
 BBO No. 559486
Roderick O. Ott
 BBO No. 380935
Gordon, Mond & Ott, P.C.
One Batterymarch Park
Suite 310
Quincy, MA 02169
617-786-0800

CERTIFICATE OF SERVICE

I hereby certify that I have served the above document upon all parties by mailing a true and complete copy thereof to counsel of record this 21st day of December, 2004.

*[signature]*
Cynthia B. Hartman