UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP R. MURRAY,<br><br>        Plaintiff,<br><br>v.<br><br>LOOMIS SAYLES & COMPANY, INC.,<br>LOOMIS SAYLES & COMPANY, LP,<br>LOOMIS SAYLES & COMPANY, LP<br>PENSION COMMITTEE, LOOMIS-SAYLES<br>FUNDED PENSION PLAN, and KEVIN P.<br>CHARLESTON,<br><br>        Defendants. | Civil Action No. 04-12171 NMG |

**ASSENTED TO MOTION FOR
LEAVE TO FILE REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(B)(4), of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Loomis Sayles & Company, Inc. ("Loomis Inc."), Loomis Sayles & Company, LP ("Loomis LP" or the "Company"), Loomis Sayles & Company, LP Pension Committee (the "Pension Committee"), Loomis-Sayles Funded Pension Plan (the "Pension Plan"), and Kevin P. Charleston ("Mr. Charleston") (collectively, the "Defendants") hereby seek leave to file a modest brief in reply to the Plaintiff's Opposition to Defendant's Motion to Dismiss filed on November 24, 2004. A copy of Defendants' proposed Reply Memorandum is submitted herewith. The reply brief sought by Defendants is necessary to fully address the res judicata argument raised in the parties' briefs. Moreover, the reply contemplated

9625096_1

by the Defendants will serve the interests of efficiency and judicial economy by advancing this matter towards resolution. Plaintiff's counsel has assented to this Motion.

Respectfully submitted,

**LOOMIS, SAYLES & COMPANY, INC., LOOMIS, SAYLES & COMPANY, LP, LOOMIS, SAYLES & COMPANY, LP PENSION COMMITTEE, LOOMIS-SAYLES FUNDED PENSION PLAN, and KEVIN P. CHARLESTON**

By their attorneys,

Robert B. Gordon, BBO # 549258
M. Concetta Burton, BBO # 643205
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: January 10, 2005

### Certificate of Service

I hereby certify that on January 10, 2005, a true and correct copy of the foregoing document was served upon the attorney of record, Cynthia B. Hartman and Roderick O. Ott, Gordon, Mond & Ott, P.C., Gordon, Mond & Ott, P.C., One Batterymarch Park, Suite 310, Quincy, MA 02169 by first-class mail.

M. Concetta Burton, Esq.