UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PHILIP R. MURRAY, </br></br> <u>Plaintiff</u>, </br></br> v. </br></br> LOOMIS SAYLES & COMPANY, INC., </br> LOOMIS SAYLES & COMPANY, LP, </br> LOOMIS SAYLES & COMPANY, LP </br> PENSION COMMITTEE, LOOMIS-SAYLES </br> FUNDED PENSION PLAN, and KEVIN P. </br> CHARLESTON, </br></br> <u>Defendants</u>. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Civil Action No. 04-12171 NMG |

**NOTICE OF APPEARANCE**

Please enter the appearance of David C. Potter on behalf of Defendants Loomis Sayles & Company, Inc., Loomis Sayles & Company, LP, Loomis Sayles & Company, LP Pension Committee, Loomis-Sayles Funded Pension Plan, and Kevin P. Charleston in the above-captioned matter.

        **LOOMIS, SAYLES & COMPANY, INC.,**
        **LOOMIS, SAYLES & COMPANY, LP,**
        **LOOMIS, SAYLES & COMPANY, LP**
        **PENSION COMMITTEE, LOOMIS-SAYLES**
        **FUNDED PENSION PLAN, and KEVIN P.**
        **CHARLESTON**

        By their attorneys,

        /s/ DAVID C. POTTER
        Robert B. Gordon, BBO # 549258
        M. Concetta Burton, BBO # 643205
        David C. Potter, BBO # 644610
          ROPES & GRAY LLP
          One International Place
          Boston, Massachusetts  02110-2624

Dated:  May 6, 2005                              (617) 951-7000

9718932_1