UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP R. MURRAY,<br><br>    Plaintiff,<br><br>v.<br><br>LOOMIS SAYLES & COMPANY, INC.,<br>LOOMIS SAYLES & COMPANY, LP,<br>LOOMIS SAYLES & COMPANY, LP<br>PENSION COMMITTEE, LOOMIS-SAYLES<br>FUNDED PENSION PLAN, and KEVIN P.<br>CHARLESTON,<br><br>    Defendants. | Civil Action No. 04-12171 NMG |

**DEFENDANTS' CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

  The Defendants, Loomis Sayles & Company, Inc., Loomis Sayles & Company, LP, Loomis Sayles & Company, LP Pension Committee, Loomis-Sayles Funded Pension Plan, and Kevin P. Charleston, in the above-captioned action and its undersigned representatives hereby certify that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigations: and (2) to consider a resolution of the litigation through the use of alternative

dispute resolution programs such as those outlined in Local Rules Pursuant to the provisions of Local Rule 16.4.

_____
John Russell, Esq.
Vice President
Head of Human Resources &
Assistant General Counsel
Loomis, Sayles & Co., LP
One Financial Center
Boston, MA  02111

_____
Robert B. Gordon, Esq.
B.B.O. No.  549258
M. Concetta Burton, Esq
B.B.O. No. 643205
David C. Potter, Esq.
B.B.O. No. 644610
Ropes & Gray LLP
One International Place
Boston, MA  02110
Telephone:  617-951-7000
Fax:    617-951-7050

Dated:  May 6, 2005

## Certificate of Service

I hereby certify that on May 12, 2005, a true and correct copy of the foregoing document was served upon the attorney of record, Cynthia B. Hartman and Roderick O. Ott, Gordon, Mond & Ott, P.C., Gordon, Mond & Ott, P.C., One Batterymarch Park, Suite 310, Quincy, MA  02169 by first-class mail.

_____
David C. Potter, Esq.