UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILIP R. MURRAY,<br><br>        <u>Plaintiff</u>,<br><br>v.<br><br>LOOMIS SAYLES & COMPANY, INC.,<br>LOOMIS SAYLES & COMPANY, LP,<br>LOOMIS SAYLES & COMPANY, LP<br>PENSION COMMITTEE, LOOMIS-SAYLES<br>FUNDED PENSION PLAN, and KEVIN P.<br>CHARLESTON,<br><br>        <u>Defendants</u>. | Civil Action No. 04-12171 NMG |

## JOINT PRETRIAL SCHEDULING STATEMENT

Pursuant to the provisions of Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Loomis Sayles & Company, Inc., Loomis Sayles & Company, LP, Loomis Sayles & Company, LP Pension Committee, Loomis-Sayles Funded Pension Plan, and Kevin P. Charleston (collectively, the "Defendants") and Plaintiff Phillip R. Murray, by and through their respective counsel, hereby submit their Joint Pretrial Scheduling Statement.

1. **Conference Among Counsel and Their Clients**

Counsel for the parties have conferred to address the matters contemplated by Local Rule 16.1. The parties do not consent to alternative dispute resolution at this time and likewise do not consent to trial by a Magistrate Judge.

2.  **Discovery Schedule**

Counsel for the parties propose the following schedule regarding the completion of discovery and the filing of dispositive motions:

|   |   |   |
|---|---|---|
| 1. | Deadline for Completion of Discovery: | December 30, 2005 |
| 2. | Deadline for Filing of Dispositive Motions: | February 24, 2006 |
| 3. | Deadline for Filing of Opposition Brief to Dispositive Motion | March 24, 2006 |

3.  **Related matters**

Counsel request that the Court require the parties to identify any proposed experts within one month after the date of the Court's decision on any dispositive motion, should any claims remain for trial. Counsel also request that the Court schedule a final pre-trial conference shortly after a decision on any dispositive motion, if a trial is to occur.

| | |
|---|---|
| **PHILIP MURRAY,** | **LOOMIS, SAYLES & COMPANY, INC., LOOMIS, SAYLES & COMPANY, LP, LOOMIS, SAYLES & COMPANY, LP PENSION COMMITTEE, LOOMIS-SAYLES FUNDED PENSION PLAN, and KEVIN P. CHARLESTON** |
| By his attorney, | By their attorneys, |
| _[signature] for_ | _[signature]_ |
| Cynthia B. Hartman, Esq.<br>BBO # 559486<br>Roderick O. Ott, Esq.<br>BBO # 380935<br>Gordon, Mond & Ott, P.C.<br>One Batterymarch Park<br>Suite 310<br>Quincy, MA 02169<br>(617) 786-0800 | Robert B. Gordon, BBO # 151860<br>M. Concetta Burton, BBO # 643205<br>David C. Potter, BBO # 644610<br>ROPES & GRAY LLP<br>One International Place<br>Boston, Massachusetts 02110-2624<br>(617) 951-7000 |

Dated: May 12, 2005

Certificate of Service

I hereby certify that on May 12, 2005, a true and correct copy of the foregoing document was served upon the attorney of record, Cynthia B. Hartman and Roderick O. Ott, Gordon, Mond & Ott, P.C., Gordon, Mond & Ott, P.C., One Batterymarch Park, Suite 310, Quincy, MA 02169 by first-class mail.

_____
David C. Potter, Esq.